**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Devon Raymus STURDIVANT,**
**Defendant-Appellant.**

**No. 17-6818**

United States Court of Appeals,
Fourth Circuit.

Submitted: August 24, 2011

Decided: August 29, 2017

Devon Raymus Sturdivant, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina; Gretchen C. F. Shappert, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

Before GREGORY, Chief Judge, and SHEDD and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Devon Raymus Sturdivant appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Sturdivant*, No. 3:06-cr-00194-RJC-1 (W.D.N.C. June 2, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this

court and argument would not aid the decisional process.

*AFFIRMED*